

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00736-CV

Bret **CALI**,
Appellant

v.

**SISTERDALE GENERAL HOLDINGS, LLC**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 16-300
Honorable Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We ORDER that appellee recover its costs of this appeal from appellant.

SIGNED August 2, 2017.

Luz Elena D. Chapa, Justice